IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41347
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REYNALDO ACOSTA-GOMEZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:99-CR-41-ALL
- - - - - - - - - -
August 22, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Reynaldo Acosta-Gomez has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Acosta has received copies of counsel's motion and brief, but he has not filed a response. Our independent review of counsel's Anders brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.